Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, UT 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Scott Dormer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Dormer, <br><br> Plaintiff, <br><br> v. <br><br> Toyota Motor North America, Inc., <br><br> Defendant. | Case No. 2:21-cv-00419-FLA-PD <br><br> **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action **with prejudice**, as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class members.

Date: April 7, 2021

**KAZEROUNI LAW GROUP, APC**

By: *s/ Abbas Kazerounian*
Abbas Kazerounian, Esq.
*Attorneys for Plaintiff*